IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **FIREBLOK IP HOLDINGS, LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**HILTI, INC.,**<br><br>  Defendant. | Civil Action No. 3:19-cv-50122<br><br>DEMAND FOR JURY TRIAL |

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant Hilti, Inc. ("Hilti"), by and through undersigned counsel, respectfully moves for an extension of 15 days, up to and including July 16, 2019, to answer or otherwise respond to the Complaint (Dkt. No. 1). In support of this motion, Hilti respectfully shows the following:

Plaintiff Fireblok IP Holdings, LLC ("FireBlok") filed its Complaint in this matter on May 22, 2019. Hilti was served with the Complaint on May 24, 2019 (*see* Dkt. No. 7). The Court previously granted an agreed motion extending the deadline to answer the Complaint by 15 days (*see* Dkt. No. 10). The current deadline for Hilti to answer the Complaint is July 1, 2019. Hilti has requested a 15 day extension of this deadline up to and including Tuesday, July 16, 2019. FireBlok opposes.

FireBlok's causes of action are each based on Hilti's assertion that it does not practice U.S. Patent No. 6,252,167 in Hilti's Answer, Affirmative Defenses, and Counterclaims in FireBlok's lawsuit against Hilti in the Eastern District of Texas, 2:19-cv-00023 (*see* Dkt. No. 1 at ¶¶ 22, 25, 32, 40, 51). Hilti intends to amend its Answer, Affirmative Defenses, and Counterclaims such that FireBlok's allegations in the present suit will be baseless or moot. In particular, Hilti intends to

remove the allegations that Hilti does not practice the patent and therefore does not infringe on this basis.  Hilti has informed FireBlok of its intentions, yet FireBlok still opposes Hilti's extension (*see* Ex. A, Emails to Benchell.)   Hilti requests a 15 day extension to amend its Answer, Affirmative Defenses, and Counterclaims in the Eastern District of Texas case.  Granting this extension will further the interests of justice and save judicial resources by allowing for efficient disposal of the present case.

      Hilti respectfully requests this Court extend the deadline for Hilti to answer or otherwise respond to Plaintiff's Original Complaint up to and including July 16, 2019.

**DEFENDANT'S OPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER–PAGE 2**

Dated: June 28, 2019 Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Neil J. McNabnay*
    Neil J. McNabnay
    Texas Bar No. 24002583
    mcnabnay@fr.com
    Ricardo J. Bonilla
    Texas Bar No. 24082704
    rbonilla@fr.com
    Aaron P. Pirouznia
    Texas Bar No. 24098958
    pirouznia@fr.com
    1717 Main Street, Suite 5000
    Dallas, TX 75201
    (214) 747-5070

*Attorneys for Defendant Hilti, Inc,.*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on June 28, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

    */s/ Neil J. McNabnay*
    Neil J. McNabnay