UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Western Division

FireBlok IP Holdings, LLC
                              Plaintiff,

v.                                                   Case No.: 3:19−cv−50122
                                                      Honorable John Z. Lee

Hilti, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 2, 2019:

      MINUTE entry before the Honorable Iain D. Johnston: The 7/9/2019 hearings and the 7/3/2019 status report deadline are stricken. Initial status hearing set for 11/19/2019 at 9:00 AM. The parties shall jointly complete the PDF fillable initial status report form found on the Court's webpage under Initial Status Conferences and Reports and file by 11/12/2019. Lead counsel with full knowledge of the case must appear in person at the initial status hearing. Defense counsel's appearance form is due 7/3/2019. See Local Rule 83.16(a). (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.