**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: FireBlok IP Holdings, LLC, vs. Hilti, Inc.

Case Number: 3:19-cv-50122

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Hilti, Inc.

Attorney name (type or print): Robert D. Leighton

Firm: Goldberg Kohn Ltd.

Street address: 55 E. Monroe St., Suite 3300

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6296424
(See item 3 in instructions)

Telephone Number: 312.201.4000

Email Address: robert.leighton@goldbergkohn.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☑ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☑ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 2, 2019

Attorney signature: S/ Robert D. Leighton
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015