UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FIREBLOK IP HOLDINGS, LLC,
        Plaintiff(s),

v.

HILTI, INC.,
        Defendant(s).

Case No. 3:19-cv-50122

Magistrate Judge Iain D. Johnston

## JOINT INITIAL STATUS REPORT

The parties submit this joint initial status report in advance of the initial status hearing set for October 31, 2019.

All parties who have appeared shall join in the filing of this initial status report. An initial status report must still be filed even if filed unilaterally.

**1. Nature of the Case Including Legal Issues, Factual Issues, and Affirmative Defenses.**

For claims by or against only some parties, identify which.

Fireblok has asserted four claims against Hilti: violation of the Uniform Deceptive Trade Practices, violation of the Illinois consumer Fraud and Deceptive Business Practices Act, a False Designation of Origin claim under the Lanham act, and a False Marking claim under the Patent Statutes.

Hilti has moved to dismiss FireBlok's claims, or in the alternative, to transfer those claims for possible consolidation in a pending suit where FireBlok sued Hilti in the Eastern District of Texas because FireBlok's claims in both suits are baseless.

**2. Parties and Service**

Identify each individual plaintiff:

FireBlok IP Holdings, LLC

Identify each individual defendant and the status of service. If more space is needed, attach additional pages to the end of this report.

| Defendant | Date Served | Date Appeared | Answer Due or Date Answered |
|---|---|---|---|
| Hilti, Inc. | 5/25/2019 | 6/10/2019 | 7/1/2019 |

For each defendant not served, describe the efforts to serve that defendant. If more space is needed, attach additional pages to the end of this report.

| Defendant | Efforts to Serve |
|---|---|

List any potential party the defendant(s) may seek to add as a third-party defendant.

| Third-Party Defendant | Basis of Liability |
|---|---|

3. **Status of Settlement Discussions and the Potential for Settlement**

The parties have not yet engaged in any substantive settlement discussions.

4.      **Identify any Parallel Cases (including but not limited to possible MDL litigation, underlying criminal proceedings, or related litigation).**

| Case Name | Case # | Court | Nature of Proceeding |
|---|---|---|---|
| Fireblok v. Hilti | 2:19cv23 | EDTX | Patent Infringement |

5.      **Identify all Pending or Anticipated Motions**

| Motion (including docket number if already filed) | Date Filed or Anticipated |
|---|---|
| Hilti's Motion to Dismiss (Dkt. No. 14) | 7/1/2019 |

6.      **Discovery**

During the initial status hearing the Court will likely set a deadline for submitting a proposed case management order at a later date.  To help guide that discussion, the parties shall provide their best estimates formed after reasonable investigation and inquiry of the amount and scope of discovery in response to the following questions:

The plaintiff(s) anticipate(s) taking about  10   depositions of fact witnesses.

For claims involving medical conditions, the plaintiff has about       treaters who are either (check one) ○ all located in or near the Rockford/Chicago areas, or ○ includes treaters located outside the Rockford and Chicago areas such as                                                            .

The plaintiff(s) (check one) ○ anticipate(s) using about      retained expert witnesses, or ● do(es) not anticipate retaining expert witnesses.

The defendant(s) anticipate(s) taking about  2   depositions of fact witnesses.  That number does not include any of the depositions the plaintiff(s) anticipate(s).

The defendant(s) (check one) ○ anticipate(s) using about      retained expert witnesses, or ● do(es) not anticipate retaining expert witnesses.

The parties anticipate that fact discovery (which includes treating physician depositions) will take about  2     months.

**7. Consent to the Magistrate Judge**

(Must check one)

○ All parties have appeared and will file a written consent to proceed before the Magistrate Judge for all purposes.

⦿ Not all parties will consent to proceed before the Magistrate Judge.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| FireBlok IP Holdings, LLC | Hilti, Inc. |
| By: | By: |
| Neil A. Benchell | Neil J. McNabnay |

Rev. 12/12/2017