# EXHIBIT E

| | |
|---|---|
| **From:** | Melissa Schoenberg <melissa.schoenberg@rectorseal.com> |
| **Sent:** | Thursday, January 17, 2019 12:07 PM |
| **To:** | ''Capuano, Lisa' (Lisa.Capuano@ul.com)' |
| **Cc:** | Kathleen Kelch |
| **Subject:** | R13240 |
| **Attachments:** | image001.png; ML Request Form.docx; 04.29.16 Composite Sheet.pdf |

Hi Lisa,

We would like to add Metacaulk Box Guard to Hilti's existing ML Number R13240.

Their product name is Firestop Box Insert and they have chosen category codes CLIV and CLIV7. We would also like to designate Control Number 66Y7 for this product.

Will there be any cost to add this product to their existing ML?

Please let me know if you need any additional information and thanks very much for your help.

Sincerely,
**Melissa Schoenberg**
Listing Agency Manager



RectorSeal, LLC
2601 Spenwick Drive, Houston, Texas 77055, USA
Direct 713.929.4320   Office 713.263.8001 ext. 3320
melissa.schoenberg@rectorseal.com

rectorseal.com