

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

**VIA ECF**

December 4, 2019

Hon. Iain D. Johnston, U.S.M.J.
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

      Re:  *FireBlok IP Holdings, LLC v. Hilti, Inc.*,
           Northern District of Illinois, Civil Action No. 3:19-CV-50122

Dear Judge Johnston,

This firm represents Plaintiff FireBlok IP Holdings, LLC ("FireBlok") in connection with the above-referenced matter. We, along with Defendant Hilti, Inc. ("Hilti") respectfully request an adjournment of the December 19, 2019, initial status hearing, to be rescheduled after the briefing is completed for Hilti's anticipated Motion to Dismiss.

On October 25, 2019, Your Honor rescheduled the initial status hearing from October 31, 2019, to December 19, 2019. (Dkt. No. 31.) On November 19, 2019, Judge Lee granted FireBlok's Motion for Leave to Amend the Complaint. (Dkt. No. 35.) At that time, Hilti indicated that it intended to file a Motion to Dismiss rather than answer the Amended Complaint. That Motion is expected to be filed on December 10, 2019. The parties have agreed that FireBlok's Response will be due on January 10, 2020, and Hilti's Reply will be due on January 24, 2020.

In addition, both FireBlok and Hilti's counsel have prior commitments on December 19. FireBlok's counsel is scheduled to be before Judge Tharp on a status hearing at the same time. Hilti's counsel is scheduled to participate in a mock trial and attend a hearing in Delaware during the week of the hearing.

Consequently, in view of the Amended Complaint, and the parties' counsel's schedule we respectfully ask that the December 19, 2019, initial status hearing be adjourned until after January 24, 2020, when the parties will complete briefing on Hilti's Motion to Dismiss,

Best Regards,

*/s/ Neil Benchell*

Neil A. Benchell