IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| **FIREBLOK IP HOLDINGS, LLC,**<br><br>　　　Plaintiff,<br><br>v.<br><br>**HILTI, INC.,**<br><br>　　　Defendant. | **Civil Action No. 3:19-cv-50122**<br><br>**DEMAND FOR JURY TRIAL** |

**DEFENDANT HILTI, INC.'S
MOTION TO DISMISS OR IN THE ALTERNATIVE TO STAY**

　　Defendant Hilti, Inc. ("Hilti") respectfully moves to dismiss FireBlok IP Holdings, Inc.'s ("FireBlok") First Amended Complaint (Dkt. No. 36) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim or, in the alternative, to stay the case ("the Motion"). The Motion should be granted for all the reasons stated in the contemporaneously filed memorandum in support of the Motion.

　　WHEREFORE, Hilti respectfully requests that the Court dismiss this case for failure to state a claim upon which relief can be granted because each of FireBlok's causes of action depend on an allegation that Hilti did not make.

　　WHEREFORE, Hilti further respectfully requests that the Court dismiss this case for failure to state a claim upon which relief can be granted because Hilti never placed the UL Certification mark on the accused products.

1

Dated: December 10, 2019                    Respectfully submitted,

                                            **FISH & RICHARDSON P.C.**

                                            By: */s/ Neil J. McNabnay*
                                                Neil J. McNabnay
                                                Texas Bar No. 24002583
                                                mcnabnay@fr.com
                                                Ricardo J. Bonilla
                                                Texas Bar No. 24082704
                                                rbonilla@fr.com
                                                Aaron P. Pirouznia
                                                Texas Bar No. 24098958
                                                pirouznia@fr.com
                                                1717 Main Street, Suite 5000
                                                Dallas, TX 75201
                                                (214) 747-5070

                                                Robert D. Leighton
                                                GOLDBERG KOHN LTD.
                                                Suite 3300
                                                55 East Monroe
                                                Chicago, IL 60603
                                                (312) 863-7194

                                            **COUNSEL FOR DEFENDANT HILTI, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 10, 2019, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                */s/ Neil J. McNabnay*
                                                Neil J. McNabnay