## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

FIREBLOK IP HOLDINGS, LLC,

    Plaintiff,

       v.

HILTI, INC. and
RECTORSEAL LLC

    Defendants.

Civil Action No.: 3:19-cv-50122
Hon. Iain D. Johnston

### JOINT STATUS REPORT

Pursuant this Court's order (ECF No. 173), Plaintiff FireBlok IP Holdings, LLC ("FireBlok") and Defendants Hilti, Inc. ("Hilti") and RectorSeal LLC ("RectorSeal") hereby provide this Joint Status Report.

**Discovery and Pending Motions**

On November 19, 2021, FireBlok filed its Motion to Compel discovery from RectorSeal. ECF No. 160. Briefing on FireBlok's Motion to Compel is complete. In view of this Motion and a potential Motion to Compel to be filed by Defendants, on December 10, 2021, the Court extended the fact discovery deadline to January 31, 2022. ECF No. 164. On December 29, 2022, FireBlok filed a Motion for Leave to File a Third Amended Complaint. ECF No. 170. Defendants oppose that motion and briefing is complete. On January 7, 2022, defendant RectorSeal filed a motion to compel. ECF No. 177. FireBlok opposes this Motion and has filed a Motion for Leave to File a Sur-Reply. ECF No. 194.

**Proposed Expert Discovery Schedule**

The parties propose the following expert discovery schedule:

Plaintiff's expert report(s):     45 days after the Court's ruling on Plaintiff's Motion for Leave to File a Third Amended Complaint and all outstanding Motions to Compel, or the close of any extended period of fact discovery, whichever comes later.

Defendants' expert report(s):     45 days after service of Plaintiff's expert reports

Completion of expert depositions:     45 days after Defendants' expert reports.


Respectfully submitted by,                    Dated: February 25, 2022

/s/ *Neil A. Benchell*                              /s/ *Kenneth C. Meixelsperger*
Neil A. Benchell                                        Kenneth C. Meixelsperger
nbenchell@devlinlawfirm.com               kmeixelsperger@cplalaw.com
DEVLIN LAW FIRM LLC                       CHERRY PETERSEN LANDRY
1526 Gilpin Avenue                                      ALBERT LLP
Wilmington, DE 19806                          8350 North Central Expressway,
Phone: (302) 351-4400                           Suite 1500
                                                              Dallas, TX 75206
*Attorney for Plaintiff FireBlok IP*          Phone: (214) 265-7007
*Holdings, LLC*

                                                              Robert D. Leighton
                                                              GOLDBERG KOHN LTD.
                                                              Suite 3300
                                                              55 East Monroe
                                                              Chicago IL 60603
                                                              (312) 863-7194

                                                              *Attorneys for Defendants Hilti, Inc.*
                                                              *and RectorSeal LLC*

2